# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>DEAN ANTHONY FRIESE,<br><br>      Defendant. | CR 05-62-GF-BMM<br><br>**ORDER** |

  Defendant has moved for early termination of his supervised release under 18 U.S.C. § 3583(e)(1). The Government does not oppose the motion. (*See* Doc. 158 at 1). Defendant's probation officer takes no position on this motion.

  Defendant pleaded guilty to conspiracy to distribute methamphetamine on June 22, 2005. The Court sentenced the Defendant to 144 months of custody followed by five years of supervised release. (Doc. 68). Defendant began supervised release on August 14, 2014. Defendant has been on supervised release for approximately two years and six months. The record reflects that Defendant has complied with his supervised release conditions. (Doc. 158 at 2). Defendant has been employed since November 2013. Defendant does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

  Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 158) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 9th day of February, 2017.

Brian Morris
United States District Court Judge